THE LEGAL AID SOCIETY

MEMO ENDORSED

Employment Law Project
199 Water Street, 3rd Floor
New York, New York 10038

Direct Dial: 212-577-3465
Direct Fax: 646-616-4465
E-mail: hvpfitsch@legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Karen Cacace
*Supervising Attorney*
Employment Law Project

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2011

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
FEB 13 2011
UNITED STATES COURT JUDGE

February 18, 2011

MEMO ENDORSED

ENDORSEMENT
The parties requested extension until March 4, 2011 to endeavor to resolve conditional certification and notice issues is granted. The referral to mediation is withdrawn. A referral to the assigned Magistrate Judge will be made when it is timely to do so. So Ordered.

Naomi Reice Buchwald, USDJ
February 22, 2011

**VIA FACSIMILE – 212-805-7927**
Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

RE: ***Gil Santiago Cano, et al. v. DPNY, Inc. d/b/a Domino's Pizza, et al.***
***Docket No. 10-CV-7100***

Dear Judge Buchwald:

Pursuant to our February 11, 2011 letter to the Court, we are writing on behalf of all parties to inform the Court of our current status on: 1) our efforts to exchange information about the electronic data to assist in narrowing discovery; and 2) discussions about a possible stipulation to conditional certification of the collective action in this case. We also wish to raise an issue concerning our proposal for a settlement negotiation process.

Electronic Data

After reviewing the information and sample report excerpts that Defendants provided, Plaintiffs have requested a list of relevant specific reports, which Defendants hope to provide within 7-10 days, depending on how quickly the information can be gathered. Defendants are also collecting further information about the system in response to Plaintiffs' questions, and information about other kinds of electronically stored data sources still outstanding. After Defendants have produced the reports requested, Plaintiffs will then be able to determine whether to request any additional reports, information, or other data.

Possible Stipulation to Conditional Certification and Notice

The parties have been conferring about a possible stipulation to conditional certification of the Fair Labor Standards Act collective action, and notice to putative members, which could make Plaintiffs' intended motion for conditional certification unnecessary. The parties can now represent that we have agreed on significant issues, such as the definition of the class, the scope of individuals to receive notice, the length of the opt-in period, and some components of the procedure by which to give notice. We are working to reach agreement on the language for the proposed Notice and additional components of the Notice procedure.

The parties therefore request two weeks to finalize our negotiations, with the goal of submitting a Stipulation and Proposed Order on or before March 4, 2011. If the parties have not been able to agree, the parties will submit their recommendations for a proposed briefing schedule at that time.

Settlement Negotiation Process Proposal

Yesterday, February 17, 2011, an Order of Automatic Referral for Mediation was entered in this case. However, Judge Preska's order for the Southern District specifically carves out Fair Labor Standards Act cases. The parties have agreed that a settlement conference with Magistrate Judge Francis, the designated Magistrate Judge in this case, would be useful after the exchange of certain discovery and the conclusion of the opt-in period currently under discussion. Accordingly, we respectfully request that the Court remove the Automatic Referral for Mediation and instead order a referral to Judge Francis for the purpose of a settlement conference to be scheduled at a later date following the conclusion of the opt-in period.

Thank you for your assistance with this matter.

Sincerely,

Hollis V. Pfitsch
Staff Attorney

cc: Counsel for Defendants
Cheryl Stanton, Dominick C. Capozzola
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 400
Morristown, NJ 07960
cheryl.stanton@ogletreedeakins.com
dominick.capozzola@ogletreedeakins.com